UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
MARK NESSELSON,                                               :
                                                              :
                              Plaintiff,                      :          26-CV-01868 (JAV)
                                                              :
              -v-                                             :          ORDER
                                                              :
JAMES MCDONALD, et al.,                                       :
                                                              :
                              Defendants.                     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On March 12, 2026, Plaintiff's counsel submitted a letter motion alerting the Court to

mistaken filings with unredacted identifying information that were then temporarily placed under

seal.  ECF No. 5.  The Court presumes, per a non-party's subsequent motion, ECF No. 6, that this

identifying information refers to minor children.  Pursuant to Federal Rules of Civil Procedure 5.2

"filing[s] with the court that contain[] . . . the name of an individual known to be a minor" may only

include "the minor's initials."  As outlined in Rule 10 of the Court's Individual Rules and Practices

in Civil Cases and the S.D.N.Y. ECF Privacy Policy, redactions of this nature do not require court

approval.

       Accordingly, Plaintiff's and the non-party's request to permanently seal ECF Nos. 1-1, 1-2,

and 1-3 is **GRANTED**.  As Plaintiff has already filed publicly redacted versions of these

documents, ECF No. 4, no further action is needed.

       The Clerk of Court is directed to terminate ECF Nos. 5 and 6.

       SO ORDERED.

Dated: March 26, 2026                          _____
       New York, New York                           JEANNETTE A. VARGAS
                                                    United States District Judge