**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

August 27, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 703
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Mark Nesselson M.D. v. James McDonald, et al.
United States District Court, SDNY (Case 26-cv-01868 (JAV))

Dear Judge Vargas:

This office represents defendant James McDonald, M.D., the Commissioner of the New York State Department of Health ("DOH"), and defendant Shelly Wang Bandago, Director of the Office of Professional Medical Conduct ("OPMC"), both sued in their official capacities.[1] We write pursuant to Your Honor's Individual Practice Rule 3(E) seeking an adjournment of Defendants' deadline to file their motion to dismiss the First Amended Complaint ("FAC"), and approval of the parties' joint proposed briefing schedule set forth below. This is Defendants' first request for an extension of their deadline to respond to the FAC and Plaintiff consents to this request. The parties are not scheduled for any court appearances at this time.

Plaintiff filed the original complaint on March 6, 2026 (ECF 1) and the corrected Complaint on March 11, 2026 (ECF 4) ("Complaint"). Defendants filed their Motion to Dismiss the Complaint on July 17, 2026. (ECF 22-26). Thereafter, Plaintiff filed the FAC on August 11, 2026 (ECF 31). Pursuant to Your Honor's August 7, 2026 Text Order, Defendants' deadline to respond to the FAC is September 1, 2026. Recently, Plaintiff's counsel advised the undersigned that Plaintiff intends to file a Motion for a Preliminary Injunction ("PI Motion") on or before Monday, August 31, 2026. Counsel conferred regarding a proposed joint briefing schedule for Plaintiff's PI Motion and Defendants' motion to dismiss the FAC. Defendants requested, and Plaintiff agreed, that the proposed deadline for Defendants to file their combined papers in support of their motion to dismiss the FAC and in opposition to the PI Motion would be October 9, 2026.

---

[1] As set forth in Defendants' previously filed Motion to Dismiss, the Court lacks personal jurisdiction over defendant Shelly Wang Bandago, Director of OPMC, due to improper and untimely service upon her. (ECF 22-26). Director Bandago fully reserves and does not waive her defense based upon lack of personal jurisdiction.

Defendants' request for an adjournment tied to their deadline to oppose the PI Motion is made to conserve the time and resources of the litigants and the Court. Defendants' arguments in support of their dismissal motion will necessarily address a key element of Plaintiff's PI Motion—his likelihood of success on the merits. Defendants' papers submitted on the revised deadline would encompass all relevant issues.

The requested adjournment and the proposed briefing schedule set forth below also account for previously planned vacations, travel, and court commitments of the parties and counsel.

| **Event** | **Filing Deadline** |
|---|---|
| Plaintiff's PI Motion | August 31, 2026 |
| Defendants' Motion to Dismiss and Opposition to Plaintiff's PI Motion | October 9, 2026 |
| Plaintiff's Opposition to Defendants' Motion to Dismiss and Reply in Further Support of His PI Motion | November 16, 2026 |
| Defendants' Reply in Further Support of their Motion to Dismiss | December 7, 2026 |

In addition to seeking Court approval of this proposed briefing schedule, the parties respectfully request that all discovery be stayed pending the Court's resolution of the above motions.

The parties thank the Court for consideration of their request.

Respectfully submitted,

s/*Rosemary B. Boller*
ROSEMARY B. BOLLER
Assistant Attorney General
212-416-6287
Rosemary.Boller@ag.ny.gov

The Court adopts the briefing schedule for Plaintiff's Motion for Preliminary Injunction and Defendants' Motion to Dismiss. The Court also finds good cause to **GRANT** the parties' request to stay discovery pending the Court's adjudication of the parties' forthcoming motions.

SO ORDERED.
Dated: August 27, 2026

*Jeannette Vargas*

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE