**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

MARK NESSELSON M.D.

Case No.: 1:26-cv-0168- JAV

Plaintiff,

**NOTICE OF MOTION FOR PRELIMINARY INJUNCTRION PURSUANT TO FRCP 65.**

-against-

James McDonald MD in his official capacity as Commissioner of NYS Department of Health; Shelly Wang Bandago, in her official capacity as Director of New York State Office of Professional Medical Conduct.

Defendants.

---------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned attorneys for the Plaintiff will move this Court before Hon. Janette Vargas USDJ, at the courthouse thereof located at 500 Pearl Street new York, NY 10007 Courtroom No. 14C on a date and time set forth by the court for an order granting the Plaintiff a preliminary injunction pursuant to FRCP 65 against the defendants as follows:

(a) Preliminarily enjoining the Director of the OPMC form continuing or causing to continue the investigation of the issues identified in the OPMC letter of March 14, 2026 – EX C to Dr. Nesselson's declaration on the grounds that the same is part and parcel of a systematic pattern of harassment of the Plaintiff by the defendants which is recognized in the Second Circuit to amount to due process violations and on the further ground that the same systematic harassment pattern is a violation of Plaintiff's First Amendment right to petition the courts for review of defendants' unconstitutional conduct

(b) Preliminarily enjoining the Commissioner, his employees agents and assigns from posting or continue to maintain the posting on the website maintained by the Commissioner at https://health.ny.gov/prevention/immunization/schools/fraud.htm – and which sates as follows, EX K to Dr. Nesselson's declaration on the grounds that the same meets the stigma plus standard of the Second circuit whereby the said defendant is besmirching Plaintiff's reputation without granting him a hearing to clear his name as alleged in Dr Nesselson's declaration in support of this motion and it amounts to a violation of his due process rights.

Please take further Notice that opposing and rely papers shall be submitted in accordance with the Court's Order dated 8/31/2026

Dated: September 2, 2026

Attorney for the Plaintiff
JACQUES G. SIMON PC
*/s/Jacques G. Simon*
200 Garden City Plaza Suite 301
Garden City NY 11530
Phone: 516-378-8400
Direct: 516-551-2957
Emai: jgs@jacquessimon.com