*Jacques G. Simon*
*Attorney at Law P.C.*

*email: jgs@jacquessimon.com*
*url: jacquessimon.com*

MEMO ENDORSED

**Bar Admissions: NY, CT, GA, TX, DC**

**Long Island NY Main Offices***

**200 Garden City Plaza**
**Suite 301**
**Garden City, NY 11530**
**Phone: (516) 378-8400**
**Fax: (516) 559-7009**

**Washington DC Offices**

**601 13th Street, NW**
**Suite 900 South**
**Washington, D.C. 20005**
**Phone: (202) 301-8070**
**Fax: (202) 301-8071**

**New York City Offices**

**420 Lexington Ave.,**
**Suite 300**
**New York, NY 10170**
**Phone: (332) 330-9002**
**Fax: (332) 220-3880**

**Respond to LI x DC__NYC__ office**

September 23, 2026

VIA ELECTRONIC ECF FILING

Hon. Janette Vargas USDJ
US District Court SDNY
500 Pearl Street
New York NY 10007

Re: Nesselson v. McDonald et.al.
Case No. 1:26-cv-01868-JAV
Letter Motion for Extension of Time
UNOPPOSED LETTER MOTION
RE: EXTENION OF TIME TO FILE DOCUMENTS

Dear Judge Vargas:

I represent the Plaintiff in the above referenced matter. This motion letter is submitted in accordance with the individual rule of practice in civil cases 3(E). The purpose of this letter motion is to respectfully request that the scheduling Order of this Court dated 08/31/2026 DE 37. I have conferred with defendants' counsel Rosemary Boller Esq., who represented that the defendants take no position regarding this motion.

However, defendants' counsel stated that in the event that the Court is inclined to grant this motion the defendants request that the following submission schedule be implemented given their client's forthcoming availability schedule:

**September 29, 2026**: Plaintiff to refile the preliminary injunction motion with an Amended Notice of Motion, Dr. Nesselson's refiled declaration with attached exhibits (now Doc. 40) and an accompanying memorandum of law by September 29, 2026;

**November 3, 2026**: Defendants to file Motion to Dismiss and Opposition to Plaintiff's preliminary injunction motion by November 3, 2026.

**December 3, 2026:** Plaintiff to file opposition to motion to dismiss and reply to defendants' opposition to Plaintiff's motion for preliminary injunction

**December 22, 2026**: Defendants' to file reply to plaintiff's opposition to motion to dismiss.

The Plaintiff agrees to adopt the defendants' proposed schedule, and respectfully asks that the Court approve the same.

By order dated 08/31/2026, DE 37 Your Honor directed that the submission schedule of the motions follow the following order and deadlines: "*Plaintiff's motion for a preliminary injunction due on September 2, 2026. Defendants' motion to dismiss the amended complaint and opposition to Plaintiffs motion for preliminary injunction due on October 13, 2026. Plaintiffs opposition to Defendants motion to dismiss and reply to the motion for a preliminary injunction due on November 16, 2026. Defendants' reply to the motion to dismiss due on December 7, 2026. (HEREBY ORDERED by Judge Jeannette A. Vargas)(Text Only Order) (Yin-Olowu, Tammy) (Entered: 08/31/2026)*"

As it can be seen from the docket entries DE 38-40, the documents filed therein bear a date stamp of September 3, 2026 with the confirming email date stamped at 12:06 on that date (Notice of Motion); document 39 was received at 2:21 (confirmatory email) AM and document 40 at 2:56 AM). I started the filing at around 11:35 on. September 2, 2026 before midnight of the deadline set in DE 37. However, the system kept on freezing, terminating the filing and reloading thereby taking me into the next day. By the time I had to file the memorandum of law I got kicked off the system about 6-7 times and was unsuccessful in filing the memorandum.

Therefore as of September 3, 2026 the documents which were filed were the Notice of Motion and Dr. Nesselson's declaration and no memorandum.

Thereafter several issues intervened at the office and personal health which prevented me from addressing the filing of the memorandum with my opponent and the Court in short order. Thereafter in 9/16/2026, counsel for the defendants and I conferred whereby I confirmed that I still intended to ask the Cout for leave to file the memorandum of law and an Amended Notice of

motion. Defendant's counsel relayed that their client was not available until this week and she had to confer with the point person at her client's office to confirm availability for a new schedule.

Thereafter, on 09/21/2026 defendants' counsel graciously contacted me and relayed the defendants were not taking any position regarding this motion while at the same time proposing the above schedule in the event that the motion is granted.

For all of the above reference reasons I hereby request that the schedule proposed by the defendants and agreed upon by me on behalf of the Plaintiff be accepted by the Court and the Order of August 31, 2026 be modified for good cause set forth above, to adopt the foregoing agreed upon submission dated and motion briefing schedule.

Respectfully submitted
*/s/ Jacques G Simon*
Jacques G. Simon Esq.,
Attorney for the Plaintiff

Jgs/mfa
c.c: Rosemarie Boller Esq. via ecf service

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 28, 2026