**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
MARK NESSELSON M.D.

Case No.: 1:26-cv-0168- JAV

Plaintiff,

**AMEDNED NOTICE OF MOTION FOR PRELIMINARY INJUNCTRION PURSUANT TO FRCP 65.**

-against-

James McDonald MD in his official capacity as Commissioner of NYS Department of Health; Shelly Wang Bandago, in her official capacity as Director of New York State Office of Professional Medical Conduct.

Defendants.
---------------------------------------------------------X

PLEASE TAKE NOTICE that upon the declaration of Mark Nesselson MD filed on September 3, 2026, DE 40 and the Exhibits annexed thereto and upon the memorandum of law submitted herewith, the undersigned attorneys for the Plaintiff will move this Court before Hon. Janette Vargas USDJ, at the courthouse thereof located at 500 Pearl Street new York, NY 10007 Courtroom No. 14C on a date and time set forth by the court for an order granting the Plaintiff a preliminary injunction pursuant to FRCP 65 against the defendants as follows:

(a) Preliminarily enjoining the Director of the OPMC form continuing or causing to continue the investigation of the issues identified in the OPMC letter of March 14, 2026 – EX A DE 40-3 to Dr. Nesselson's declaration DE 40 on the grounds that the same is part and parcel of a systematic pattern of harassment of the Plaintiff by the defendants which is recognized in the Second Circuit to amount to substantive due process violations and on the further ground that the

same systematic harassment pattern is a violation of Plaintiff's First Amendment right to petition the courts for review of defendants' unconstitutional conduct.

This Notice Amends the initial Notice of Motion dated September 2, 2026 DE 38 and supersedes the same.

Dated: September 29, 2026

Attorney for the Plaintiff
JACQUES G. SIMON PC
*/s/Jacques G. Simon*
200 Garden City Plaza Suite 301
Garden City NY 11530
Phone: 516-378-8400
Direct: 516-551-2957
Emai: jgs@jacquessimon.com