**Office of the New York State Attorney General**

**Letitia James Attorney General**

October 27, 2026

**BY ECF**
Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 703
New York, NY 10007-1312

**MEMO ENDORSED**

Re: Mark Nesselson M.D. v. James McDonald, et al.
United States District Court, SDNY (Case 26-cv-01868 (JAV))

Dear Judge Vargas:

This office represents defendant James McDonald, M.D., the Commissioner of the New York State Department of Health ("DOH"), and defendant Shelly Wang Bandago, Director of the Office of Professional Medical Conduct ("OPMC"), both sued in their official capacities.[1] We write pursuant to Your Honor's Individual Practice Rule 3(E) seeking a two-week extension of Defendants' deadline to file their motion to dismiss the First Amended Complaint ("FAC") and opposition to Plaintiff's Preliminary Injunction Motion ("PI Motion"), and approval of the parties' joint proposed briefing schedule set forth below. This is Defendants' second request for an extension of their deadline to respond to the FAC and first request for an extension of their deadline to respond to the PI Motion. Plaintiff consents to this request. The parties are not scheduled for any court appearances at this time.

Plaintiff filed the FAC on August 11, 2026 (ECF 31), and filed his amended PI Motion on September 29, 2026 (ECF 40, 43-44). Defendants' current deadline to file their combined papers in support of their motion to dismiss the FAC and in opposition to the PI Motion is November 3, 2026.

The extension is needed because of the illness and other case commitments of the undersigned counsel. The requested extension and the proposed briefing schedule set forth below also account for upcoming holidays, travel, and court commitments of the parties and other counsel.

[1] As set forth in Defendants' previously filed Motion to Dismiss, the Court lacks personal jurisdiction over defendant Shelly Wang Bandago, Director of OPMC, due to improper and untimely service upon her. (ECF 22-26). Director Bandago fully reserves and does not waive her defense based upon lack of personal jurisdiction.

| Event | Filing Deadline |
|---|---|
| Defendants' Motion to Dismiss and Opposition to Plaintiff's PI Motion | November 17, 2026 |
| Plaintiff's Opposition to Defendants' Motion to Dismiss and Reply in Further Support of His PI Motion | December 17, 2026 |
| Defendants' Reply in Further Support of their Motion to Dismiss | January 8, 2027 |

We thank the Court for consideration of this request.

Respectfully submitted,

s/*Rosemary B. Boller*
ROSEMARY B. BOLLER
Assistant Attorney General
212-416-6287
Rosemary.Boller@ag.ny.gov

**SO ORDERED:**

The Honorable Jeannette A. Vargas
United States District Judge
Dated: October 28, 2026